DORFLINGER (CONSOLIDATED FRUIT-JAR CO. v.). See Case No. 3,129.

---

## Case No. 4,003.

### DORGAN v. PENTZ.

[The case reported under above title in 1 Chi. Leg. News, 225, and 16 Pittsb. Leg. J. 326, is the same as Case No. 4,121.]